1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10
11

RUBEN SANCHEZ,                          )        Case No. CV 07-2628-JVS (OP)
                                        )
12                                      )        ORDER ADOPTING FINDINGS,
                    Petitioner,         )        CONCLUSIONS, AND
                                        )        RECOMMENDATIONS OF
13            v.                        )        UNITED STATES MAGISTRATE
                                        )        JUDGE
14    KATHY MENDOZA POWERS,             )
      Warden,                           )
15                                      )
                    Respondent.         )
16    _____)

17            Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the

18    records and files herein, the Report and Recommendation of the United States

19    Magistrate Judge, and the objections filed by Petitioner, de novo. The Court concurs

20    with and adopts the findings, conclusions, and recommendations of the Magistrate

21    Judge,

22    / / /

23    / / /

24    / / /

25
26
27
28

1    IT IS ORDERED  that Judgment be entered:  (1) approving and adopting this

2  Report and Recommendation; and (2) directing that Judgment be entered denying the

3  Petition and dismissing this action with prejudice.

4

5  DATED: ___9.8.10___

6                                         HONORABLE JAMES V. SELNA
                                          United States District Judge

7

8
   Prepared by:
9

10

11

   HONORABLE OSWALD PARADA
12 United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28